1

2   Hon. Richard A. Jones

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

IN THE MATTER OF THE COMPLAINT
OF THE FISHING COMPANY OF
ALASKA AND ALASKA JURIS, INC., AS
OWNERS AND/OR OPERATORS OF THE
VESSEL ALASKA JURIS, OFFICIAL
NUMBER 569276, FOR EXONERATION
FROM AND/OR LIMITATION OF
LIABILITY

IN ADMIRALTY

Case No. C17-115-RAJ

[PROPOSED] ORDER
DIRECTING NOTICE AND
PUBLICATION TO
INTERESTED PARTIES, AND
ENJOINING PROSECUTION OF
CLAIMS

9

10

11

12

13

14   This matter comes before the Court on Plaintiffs' Ex Parte Motion for Order Directing

15   Notice and Publication to Interested Parties, and Enjoining Prosecution of Claims.  Dkt. # 3.

16   The Court **GRANTS** the motion.

17   WHEREAS, pursuant to the Limitation of Liability Act, 46 U.S.C. § 30501 *et seq.* and

18   Rules F(1) and F(2) of the Supplemental Rules for Certain Admiralty and Maritime Claims of

19   the Federal Rules of Civil Procedure, The Fishing Company of Alaska, and Alaska Juris, Inc.,

20   ("Limitation Plaintiffs"), by and through their attorneys, Holmes Weddle & Barcott, have

21   instituted a proceeding in this Court for limitation of and/or exoneration from liability as

22   owners and/or operators of the F/V ALASKA JURIS, official number 569276, ("Vessel"),

23   with respect to an incident occurring on July 26, 2016, in which the Vessel sank; and

24

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

WHEREAS, Limitation Plaintiffs state that the Vessel sank and was completely lost, no wreckage, strippings, or proceeds were recovered, and no freight was pending; and

WHEREAS, Limitation Plaintiffs posted security for costs in the sum of $500.00, with interest thereon at the rate of six percent (6%) per annum from the date of the posting of security;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.     Limitation Plaintiffs assert that the Vessel sank and was completely lost, no wreckage, strippings, or proceeds were recovered, and no freight was aboard.  Therefore, under Supplemental Admiralty Rule F(1), Limitation Plaintiffs at this time do not need to deposit a security for value with the Court.  This ruling is WITHOUT PREJUDICE to the due appraisal of Limitation Plaintiffs' interest in the Vessel and pending freight, and any claimant's demand that the deposit or security be increased in accordance with Supplemental Admiralty Rule F(7);

2.     Limitation Plaintiffs have complied with Supplemental Admiralty Rule F(1) and Local Supplemental Admiralty Rule 120(b) by depositing security for costs in the amount of five hundred dollars ($500), plus interest at the rate of six percent (6%) from the date of security.

3.     Under Supplemental Admiralty Rule F(3), the prosecution of any and all suits, actions or proceedings of any nature or description whatsoever against Limitation Plaintiffs, their agents, servants or employees or against the Vessel, except in the present proceeding, in respect of any claim arising out of, occasioned by, consequent upon or otherwise connected with the aforesaid incident, or arising during the voyage upon which the Vessel was then engaged, are HEREBY STAYED AND RESTRAINED until such time as the Court determines whether to dissolve the injunction. Limitation Plaintiffs are ORDERED to serve a copy of this Order on the persons and other legal entities to be restrained, or their attorneys;

**[PROPOSED] ORDER DIRECTING NOTICE AND PUBLICATION TO INTERESTED PARTIES, AND ENJOINING PROSECUTION OF CLAIMS - 2**

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

4.      In accordance with Supplemental Admiralty Rule F(4) and Local Supplemental Admiralty Rule 150, Limitation Plaintiffs shall publish a copy of the following notice in the Seattle Daily Journal of Commerce for four consecutive weeks starting the week of **February 26, 2017**, in substantially the form set forth below:

> **Notice to Interested Parties**:  The Fishing Company Alaska, and Alaska Juris Inc., owners and/or operators of the ALASKA JURIS, official number 569276 (hereinafter "the Vessel"), an approximately 218.2 foot vessel of 1658 gross tons, filed a Complaint pursuant to the Limitation of Liability Act, 46 U.S.C. § 30510 et seq., claiming the right to exoneration from and/or limitation of liability for all claims against it for injury, death, or other damage resulting from an incident occurring on July 26, 2016, in which the Vessel sank while being operated upon the navigable waters of the Bering Sea.
>
> Any person or legal entity who has or may have such a claim must, **on or before March 31, 2017**, file it with the Clerk of Court, U.S. Federal District Court, Western District of Washington at Seattle, under the title **"In re Alaska Juris, Inc." and Cause No. 2:17-cv-00115-RAJ**. Any such claim must comply with the requirements of Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure. A copy must also be served on or mailed to the plaintiff's attorneys, Michael A. Barcott, HOLMES WEDDLE & BARCOTT, 999 Third Ave., Suite 2600, Seattle, WA 98104.
>
> Any claimant who desires to contest The Fishing Company Alaska, and/or Alaska Juris Inc.'s, right to exoneration from and/or limitation of liability shall file and serve an answer to the Complaint in the above-referenced matter **on or before March 31, 2017**, unless such answer is included in the claim. This notice is published pursuant to the order of said Court, Honorable Richard A. Jones, dated February 27, 2017, and Rule F(4) of the Supplemental Rules for Admiralty or Maritime Claims.

5.      Limitation Plaintiffs shall, not later than the day of the second publication required in paragraph (4) above, mail copies of the Complaint and this Order to: (1) the last known address of those persons who are reported to have been injured as set forth in the Complaint, and to any attorneys known to represent them; and (2) to such other persons and

\\

[PROPOSED] ORDER DIRECTING NOTICE AND
PUBLICATION TO INTERESTED PARTIES, AND
ENJOINING PROSECUTION OF CLAIMS - 3

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

1   other legal entities as are known to have any claim against the Limitation Plaintiffs or the

2   Vessel and to any attorney known to represent them.

3          DATED this 17th day of February, 2017.

4

5                                                  The Honorable Richard A. Jones
                                                   United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

[PROPOSED] ORDER DIRECTING NOTICE AND
PUBLICATION TO INTERESTED PARTIES, AND
ENJOINING PROSECUTION OF CLAIMS - 4

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289