THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF THE FISHING COMPANY OF ALASKA AND ALASKA JURIS, INC., AS OWNERS AND/OR OPERATORS OF THE VESSEL ALASKA JURIS, OFFICIAL NUMBER 569276, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | IN ADMIRALTY<br><br>Case No. 2:17-cv-00115-RAJ<br><br>[Proposed] **ORDER GRANTING DEFAULT JUDGMENT AGAINST ALL PERSONS AND ENTITIES THAT HAVE NOT FILED CLAIMS**<br><br>**Note on Motion Calendar: July 24, 2017** |

The Court, having reviewed the Limitation Plaintiffs' Motion for Default Judgment against All Persons and Entities that have not Filed Claims and the record to date, hereby finds and orders:

1. Limitation Plaintiffs' Motion for Default Judgment is GRANTED;

2. No person or entity who did not file a claim on or before March 31, 2017, and no person or entity who did not file an answer on or before March 31, 2017, shall be permitted to file a claim or answer in this action or pursue any proceedings of any nature or description in any venue whatsoever against Limitation Plaintiffs, their agents, servants or employees, or against the Vessel for injury, death, or other damage arising out of the voyage that ended with the

[Proposed] ORDER GRANTING DEFAULT JUDGMENT - 1
Case No. 2:17-cv-00115-RAJ

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Vessel's sinking on July 26, 2016, while the Vessel was being operated upon the navigable waters of the Bering Sea.

3. The only claim filed in this action is that of Mr. Robert Pattison.

DATED this 15th day of August, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

[Proposed] ORDER GRANTING DEFAULT JUDGMENT - 2
Case No. 2:17-cv-00115-RAJ

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289